**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **PABLO AGUILERA-RIOS**, | |
| Petitioner, | Civil Action No. 24-9370 |
| v. | **OPINION AND ORDER** |
| **THOMPSON, WARDEN FCI FORT DIX** | |
| Respondent. | |

**CECCHI, District Judge.**

Before the Court is *pro se* petitioner Pablo Aguilera-Rios' motion to reopen this case and to expedite his petition for writ of habeas corpus, ECF No. 1, under 28 U.S.C. § 2241 as emergent. ECF No. 3.

By way of background, this Court administratively terminated this matter because Petitioner did not pay the required filing fee or submit a completed *in forma pauperis* application. ECF No. 2. Petitioner, having now paid the filing fee, requests that this matter be reopened and his petition be expedited as emergent. ECF No. 3; Dkt. Entry at November 7, 2025. This Court will grant Petitioner's motion to reopen this matter but will not expedite it as emergent.

Having reviewed the § 2241 petition pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings—which is applicable to § 2241 cases through Rule 1(b)—the Court concludes that it is appropriate for the motion to proceed at this time. Accordingly, the Court will direct Respondent to answer the petition, as discussed below.

The Court next addresses Petitioner's motion to expedite. ECF No. 3. Rule 4 of the Rules Governing Section 2254 proceedings states "If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other

action the judge may order." *Iremashvili v. Rodriguez*, No. CV 15-6320 (CCC), 2017 WL 935441, at *2 (D.N.J. Mar. 9, 2017) (quoting Rule 4). This Court has considerable flexibility in determining the amount of time necessary for the preparation of an answer, and courts in this district have routinely considered periods of up to forty-five days an appropriate period for the filing of a response absent a true emergency. *Id.* at *3-4 (collecting cases). Petitioner's filing does not demonstrate that this is an emergent matter, and the Court therefore declines the invitation to expedite. As ordered below, this Court, pursuant to its authority under the Habeas Rules, directs the Government to respond within forty-five days.

**IT IS** therefore on this 23rd day of April 2026,

**ORDERED** that Petitioner's Motion, (ECF No. 3) is **GRANTED** to the extent that the Clerk is directed to **REOPEN** this matter; it is further

**ORDERED** that the remainder of Petitioner's Motion (ECF No. 3) requesting to treat this matter as an emergent petition, is **DISMISSED AS MOOT** in light of the Court ordering Respondents to file an answer to the Petition in forty-five (45) days; it is further

**ORDERED** that the Clerk shall serve a copy of the habeas petition (ECF No. 1) and this Order, on Respondent by regular U.S. mail, with all costs of service advanced by the United States; it is further

**ORDERED** that the Clerk shall forward a copy of the petition (ECF No. 1) and this Order, to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; it is further

**ORDERED** that within forty-five (45) days of the date of the entry of this Order, Respondent shall file and serve a response which responds to the allegations and grounds in the habeas petition which includes all affirmative defenses Respondent seeks to invoke; it is further

2

**ORDERED** that Respondent shall file and serve with the response certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

**ORDERED** that within fourteen (14) days of receipt of the response, Petitioner may file a reply to the response; it is further

**ORDERED** that within fourteen (14) days of Petitioner's release, be it parole or otherwise, Respondent shall electronically file a written notice of the same with the Clerk; and it is finally

**ORDERED** that the Clerk shall serve a copy of this Opinion and Order upon Petitioner by regular U.S. mail.

*s/ Claire C. Cecchi*

**HON. CLAIRE C. CECCHI**
United States District Judge

3